1  Austin W. Anderson
   WATTS LAW FIRM, LLP
2  2506 N. Port Avenue
   Corpus Christi, TX 78401
3  1.800.301.2823
   *Attorneys for Plaintiffs,*
4

5
                    UNITED STATES DISTRICT COURT
6
                   NORTHERN DISTRICT OF CALIFORNIA
7
                        SAN FRANCISCO DIVISION
8

9  | **IN RE: BEXTRA AND CELEBREX** | ) |
   | **MARKETING SALES PRACTICES, AND** | ) MDL NO. 1699
10 | **PRODUCT LIABILITY LITIGATION** | )
                                       ) District Judge: Charles R. Breyer
11 This Document Relates To:          )
   *Delia Vera Pena v. Pfizer Inc., et al.* )
12 (C-06-0097)                         ) **STIPULATION AND ORDER OF**
                                       ) **DISMISSAL WITH PREJUDICE**
13 *Dale Richards v. Pfizer Inc., et al.* )
   (C 06 0359)                         )
14                                     )
   *Kathryn E. Adair v. Pfizer Inc., et al.* )
15 (3:06-cv-00360-CRB)                 )
                                       )
16 *Joan H. Grimsley v. Pfizer Inc., et al.* )
   (06-3164 CRB)                       )
17                                     )
   *George Carey and Paula Y. Carey v. Pfizer* )
18 *Inc., et al.*                      )
   (06-3165 CRB)                       )
19                                     )
   *Beverly Parr v. Pfizer Inc., et al.* )
20 (06-3364 CRB)                       )
                                       )
21 *Shelia Lynn Campbell Yuras, Individually and* )
   *as Representative of the Estate of Robert Kay* )
22 *Carpenter, Deceased v. Pfizer Inc., et al.* )
   (06-3366 CRB)                       )
23                                     )
   *Esther Luther, Individually and as* )
24 *Representative of the Estate of Harold Luther,* )
   *Deceased v. Pfizer Inc., et al.*   )
25 (C-06-6005)                         )
                                       )
26 *Ava Purkey v. Pfizer Inc., et al.* )
   (C-06-6182)                         )
27                                     )
   *Mary Amos v. Pfizer Inc., et al.*  )
28 (C-06-6259)                         )

-1-

| | |
|---|---|
| *Demetra Moore, Individually and as Representative of the Estate of Robert Moore, Deceased v. Pfizer Inc., et al.* (C-06-6568 CRB) | ) ) ) ) ) |
| *Frank Alvarez, Individually and as Representative of the Estate of Mary Jo Herbel, deceased v. Merck & Co., Inc., and Pfizer Inc., et al.* (06-6930) | ) ) ) ) ) ) |
| *Clarence McCoy v. Pfizer Inc., et al.* (C-06-7404) | ) ) ) |
| *Lottie Grixgby v. Pfizer Inc., et al.* (C-07-1039-CRB) | ) ) ) |
| *Gerald Johns v. Pfizer Inc., et al.* (C-07-1875 CRB) | ) ) ) |
| *Mike Taylor, Individually and for the Estate of Mary Kathleen Taylor, Deceased v. Pfizer Inc. et al.* (C-07-2576 CRB) | ) ) ) ) ) |
| *Phyllis Brewer v. Pfizer Inc., et al.* (C-07-5059 CRB) | ) ) ) |

COME NOW Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Fed. R. Civ. Proc. 41(a), hereby stipulate to the dismissal of these actions **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED: January 13, 2010

Austin W. Anderson
WATTS LAW FIRM, LLP
2506 N. Port Avenue
Corpus Christi, TX 78401
1.800.301.2823
*Attorneys for Plaintiffs,*

-2-
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

DATED: February 4, 2010

Michelle W. Sadowsky
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104
212.335.4500
*Attorneys for Defendants*

**APPROVED AND SO ORDERED.**

DATED: FEB 17 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

-3-
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**