| | |
|---|---|
| 1 | Austin W. Anderson |
| | WATTS LAW FIRM, LLP |
| 2 | 2506 N. Port Avenue |
| | Corpus Christi, TX 78401 |
| 3 | 1.800.301.2823 |
| | *Attorneys for Plaintiffs,* |
| 4 | |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 9 | **IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION** | ) ) ) MDL NO. 1699 ) ) District Judge: Charles R. Breyer |
| 11 | This Document Relates To: | ) |
| | *Delia Vera Pena v. Pfizer Inc., et al.* | ) |
| 12 | (C-06-0097) | ) **STIPULATION AND ORDER OF** |
| | | ) **DISMISSAL WITH PREJUDICE** |
| 13 | *Dale Richards v. Pfizer Inc., et al.* | ) |
| | (C 06 0359) | ) |
| 14 | | ) |
| | *Kathryn E. Adair v. Pfizer Inc., et al.* | ) |
| 15 | (3:06-cv-00360-CRB) | ) |
| 16 | *Joan H. Grimsley v. Pfizer Inc., et al.* | ) |
| | (06-3164 CRB) | ) |
| 17 | | ) |
| | *George Carey and Paula Y. Carey v. Pfizer* | ) |
| 18 | *Inc., et al.* | ) |
| | (06-3165 CRB) | ) |
| 19 | | ) |
| | *Beverly Parr v. Pfizer Inc., et al.* | ) |
| 20 | (06-3364 CRB) | ) |
| 21 | *Shelia Lynn Campbell Yuras, Individually and* | ) |
| | *as Representative of the Estate of Robert Kay* | ) |
| 22 | *Carpenter, Deceased v. Pfizer Inc., et al.* | ) |
| | (06-3366 CRB) | ) |
| 23 | | ) |
| | *Esther Luther, Individually and as* | ) |
| 24 | *Representative of the Estate of Harold Luther,* | ) |
| | *Deceased v. Pfizer Inc., et al.* | ) |
| 25 | (C-06-6005) | ) |
| 26 | *Ava Purkey v. Pfizer Inc., et al.* | ) |
| | (C-06-6182) | ) |
| 27 | | ) |
| | *Mary Amos v. Pfizer Inc., et al.* | ) |
| 28 | (C-06-6259) | ) |

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

| | |
|---|---|
| *Demetra Moore, Individually and as Representative of the Estate of Robert Moore, Deceased v. Pfizer Inc., et al.* (C-06-6568 CRB) | ) ) ) ) ) |
| *Frank Alvarez, Individually and as Representative of the Estate of Mary Jo Herbel, deceased v. Merck & Co., Inc., and Pfizer Inc., et al.* (06-6930) | ) ) ) ) ) ) |
| *Clarence McCoy v. Pfizer Inc., et al.* (C-06-7404) | ) ) ) |
| *Lottie Grixgby v. Pfizer Inc., et al.* (C-07-1039-CRB) | ) ) ) |
| *Gerald Johns v. Pfizer Inc., et al.* (C-07-1875 CRB) | ) ) ) |
| *Mike Taylor, Individually and for the Estate of Mary Kathleen Taylor, Deceased v. Pfizer Inc. et al.* (C-07-2576 CRB) | ) ) ) ) ) |
| *Phyllis Brewer v. Pfizer Inc., et al.* (C-07-5059 CRB) | ) ) ) |

COME NOW Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Fed. R. Civ. Proc. 41(a), hereby stipulate to the dismissal of these actions **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED: January 13, 2010

*[signature]*

Austin W. Anderson
WATTS LAW FIRM, LLP
2506 N. Port Avenue
Corpus Christi, TX 78401
1.800.301.2823
*Attorneys for Plaintiffs,*

-2-
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1  DATED: February 4, 2010

2  
                                                    _____
3                                                   Michelle W. Sadowsky
                                                    DLA PIPER LLP (US)
4                                                   1251 Avenue of the Americas
                                                    New York, NY  10020-1104
5                                                   212.335.4500
                                                    *Attorneys for Defendants*
6

7  **APPROVED AND SO ORDERED.**

8  DATED: FEB 1 7 2010
                                                    _____
9                                                   **CHARLES R. BREYER
                                                    UNITED STATES DISTRICT JUDGE**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**